429 A.2d 764

Commonwealth v. Schurz, Appellant.

Argued September 11, 1980. Richard A. Schurz, appellant, in propria persona; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

CAVANAUGH, J., filed a memorandum concurring and dissenting statement.